LAW LIBRARY

2010 FEB -8 AM 8:29

FILED

NO. 27993

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CYNTHIA NAKAMURA, individually and on behalf of all
others similarly situated, Plaintiff-Appellee,
v.
COUNTRYWIDE HOME LOANS, INC., Defendant-Appellant,
and
DOE DEFENDANTS 1-50, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 04-1-1830)

ORDER GRANTING PLAINTIFF-APPELLEE CYNTHIA NAKAMURA'S
MOTION TO PUBLISH THIS COURT'S MEMORANDUM OPINION
FILED ON DECEMBER 29, 2009
(By: Nakamura, C.J., and Foley, J.[1])

On December 29, 2009, this court issued a Memorandum

Opinion in this appeal. On January 28, 2010, Plaintiff-Appellee

Cynthia Nakamura (Nakamura) filed a Motion to Publish This

Court's Memorandum Opinion Filed on December 29, 2009, seeking to

have this court's Memorandum Opinion issued as a published

Opinion. No opposition thereto was filed by Defendant-Appellant

Countrywide Home Loans, Inc.

Upon consideration of Nakamura's motion,

IT IS HEREBY ORDERED that Nakamura's Motion to Publish

This Court's Memorandum Opinion Filed on December 29, 2009 is

granted.

---

[1] Former Associate Judge Corinne K.A. Watanabe was a member of the
panel on this appeal, but has since retired from her judgeship effective
December 31, 2009.

IT IS FURTHER ORDERED that the December 29, 2009 Memorandum Opinion of this court is vacated and an opinion for publication will follow.

DATED:  Honolulu, Hawai'i, February 8, 2010.

On the motion:
Paul Alston and
Peter Knapman
(Alston, Hunt, Floyd & Ing)
George Van Buren and
Robert Campbell
(Van Buren Campbell & Shimizu)
for Plaintiff-Appellee.

Chief Judge

Associate Judge

2